UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

 RAMON JAQUEZ, Individually, and On    :   Case No.: 1:22-cv-02676-JPO
Behalf of All Others Similarly Situated,   :
                                   :
                Plaintiff,   :
   vs.                          :
                                     :   **NOTICE OF VOLUNTARY DISMISSAL**
PUBLIC BENEFIT CORP.,          :
                                   :
             Defendant.  :
                                   :
                                   :

———————————————————— x

       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Ramon Jaquez hereby gives notice that

the above-captioned action is voluntarily dismissed, with prejudice, against defendant Public

Benefit Corp.

DATED:  October 25, 2022            **MIZRAHI KROUB LLP**

> So ordered.
>   The Clerk is directed to close this case.
>   Dated: 10/27/2022

                                            /s/ Edward Y. Kroub
                                         EDWARD Y. KROUB

—————————————————
J. PAUL OETKEN
United States District Judge

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*